IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WESLEASE 2018 OPERATING LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-01013-O |
| | § | |
| LINDA BEHAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Court **GRANTS** the Motion to Set Aside Clerk's Entry of Default filed by Defendants Dale Behan, Linda Behan, Lindale Pipeline, LLC, and River North Farms, LLC (ECF No. 18) and **VACATES** the clerk's entry of default. Defendants' Supplemental Motion to Set Aside Clerk's Entry of Default (ECF No. 42) is **DENIED as moot**.

**SO ORDERED** on this **15th day** of **August, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE